UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MCKINLEY BATES, III,<br>Plaintiff | CIVIL ACTION NO. 1:20-CV-00036 |
| VERSUS | JUDGE DRELL |
| LANE NORMAND, *ET AL.*,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Normand's Motion to Dismiss (ECF No. 38) is GRANTED IN PART, and – to the extent such claims remain – Bates's claims for monetary damages and any state law claims for injunctive relief against Normand in his official capacity are DISMISSED WITHOUT PREJUDICE.

IT IS FURTHER ORDERED that Normand's Motion to Dismiss (ECF No. 38) is DENIED IN PART to the extent Normand seeks dismissal of the federal claim for injunctive relief against him in his official capacity.

THUS, ORDERED AND SIGNED in chambers in Alexandria, Louisiana on this 2ND day of March 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT