UNITED STATES DISTRICT COURT
WWESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **MCKINLEY BATES III** | **CASE NO. 20-cv-036** |
| -vs- | **JUDGE DRELL** |
| **LANE NORMAND** | **MAGISTRATE JOE PEREZ-MONTES** |

### JUDGMENT ON JURY VERDICT

THIS MATTER, having come for trial before civil jury presided over by JUDGE DEE DRELL on April 29, 2024 through May 3, 2024 in the above captioned and numbered cause, the jury in this case having unanimously rendered the verdict below:

### VERDICT FORM

1. Without considering any defenses available to Lane Normand: Do you find by a preponderance of the evidence that Lane Normand used excessive force against McKinley Bates III in violation of the Fourth and Fourteenth Amendments of the United States Constitution?

    YES_____          NO___X____

*If you answered "YES" to question 1, then proceed to Question 1A. If you answered "NO" to question 1, proceed to question 2.*

1A.  Do you find the defense of Qualified Immunity applies to Lane Norman's actions?

    YES_____          NO_____

2.  Do you find by a preponderance of the evidence that Lane Normand violated McKinley Bates III's Fourteenth Amendment due process rights under the United States Constitution by fabricating evidence in order to charge McKinley Bates III with a crime?
    YES_____          NO___X____

3.  Do you find by a preponderance of the evidence that Lane Normand committed the intentional tort of battery in violation of Louisiana state law?

    YES_____        NO____X____

4.  Do you find by the preponderance of the evidence that Lane Normand committed the intentional tort of malicious prosecution in violation of Louisiana state law?

    YES_____        NO____X____

*If you answered "no" to questions 1, 2, 3 and 4, please do not answer any remaining questions. Instead, the foreperson should date and sign this form and notify the Court Security Officer that a decision has been reached. Otherwise, please proceed to the following questions.*

2.  If you answered "yes" to questions 3 or 4, please state the percentage of fault attributable to each person listed below.
    (Please note that the total of the percentages must be 100%)

    A. Lane Normand                    _____

    B. McKinley Bates III              _____
                                        =100%

    If you attributed any fault to Laane Normand or answered "yes" to question 1, "no" to question 1A, and "yes" to questions 2, 3, and/or 4, please proceed to the next question.

3.  Please state the amount of damages, if any, that reasonably and fairly compensate plaintiff, McKinley Bates III. (Do not reduce the amount by the percentage of fault assigned to any entity or person in Question 2). If no damages are awarded for any line, enter "0" in that section.

    A. Past and Future Physical Pain and Suffering    $_____

    B. Past and Future Mental Pain and Suffering      $_____

    C. Punitive Damages                               $_____

The foreperson should sign and date this Verdict Form and notify the Court Security Officer that the jury has reached a decision.

May 3, 2024                                    _____REDACTED_____
                                                    JURY FOREPERSON

The Verdict of the Jury now being made the Judgment of this Court,

**IT IS HEREBY ORDERED** that all claims of McKinley Bates III against Lane Normand, pending in the above captioned and numbered cause, be and are hereby dismissed with prejudice.

Thus done and signed this _____ day of _____, 2024, at Alexandria, Louisiana.

_____
**HONORABLE DEE DRELL**
**JUDGE, U.S. DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

Respectfully submitted:

LIZ MURRILL
ATTORNEY GENERAL

By: /s/ Victoria R. Murry
Victoria R. Murry (18584)
Assistant Attorney General
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
900 Murray St., Suite B-100-B
Alexandria, LA 71301
Ph. (318) 487-5944
Fax: (318) 487-5826
murryv@ag.louisiana.gov

*Attorney for Defendant,*
*Lane Normand*

/s/
Glenn C. McGovern (9321)
Andrew Maberry (38825)
2901 Division St., Ste. 201
Metairie, LA 70002
Ph. (504) 456-3610
Fax: (504) 456-3611
glenn@glenmcgovern.com

*Attorney for Plaintiff, McKinley Bates III*